No. D–1950.   IN RE DISBARMENT OF BOXER.   Jeffrey V. Boxer, of Wellesley, Mass., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. M–23.   IN RE DOE.   Further consideration of motion to unseal the petition for writ of certiorari lodged under seal deferred.   [For earlier order herein, see 522 U. S. 946.]

No. M–67.   BRUCE v. UNITED STATES;
No. M–68.   FARRAKHAN ET AL. v. N. Y. P. HOLDINGS ET AL.;
No. M–69.   GREENBERG v. GORDON ET AL.; and
No. M–70.   ENGELS v. WALDRUP ET AL.   Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 97–7385.   IN RE COOPER;
No. 97–7386.   IN RE COOPER;
No. 97–7387.   IN RE COOPER; and
No. 97–7388.   IN RE COOPER.   Motions of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 1018] denied.

No. 97–7647.   IN RE LITZENBERG; and
No. 97–8195.   IN RE LITZENBERG.   Motions of petitioner for leave to proceed *in forma pauperis* denied.   See this Court's Rule 39.8.   Petitioner is allowed until May 26, 1998, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 97–8257.   IN RE JOHNSON; and
No. 97–8618.   IN RE GREEN.   Petitions for writs of habeas corpus denied.

No. 97–8541.   IN RE VERBECK.   Petition for writ of mandamus and/or prohibition denied.

No. 97–1230.   CITY OF WEST COVINA v. PERKINS ET AL.   C. A. 9th Cir.   Motion of Sixty-seven Cities, Counties, and Towns Within California for leave to file a brief as *amici curiae* granted. Certiorari granted.